1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DERRICK OWENS,                              No.  2:15-cv-0982 KJN P

12                     Plaintiff,

13          v.                                    ORDER

14    JACKIE CLARK, et al.,

15                     Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28

19    U.S.C. § 1915.  However, the copy of the prison trust account statement filed in support of

20    plaintiff's request for leave to proceed in forma pauperis is not certified.  See 28 U.S.C.

21    § 1915(a)(2).  Therefore, plaintiff will be provided the opportunity to submit a certified copy of

22    his prison trust account statement for the six month period immediately preceding the filing of the

23    complaint.

24          In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit,

25    within thirty days from the date of this order, a certified copy of his prison trust account statement

26    for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure

27    ////

28    ////

                                              1

1    to comply with this order will result in a recommendation that this action be dismissed without

2    prejudice.

3    Dated:  May 12, 2015

4

5    _____
     KENDALL J. NEWMAN
6    UNITED STATES MAGISTRATE JUDGE

7    /owen0982.3c.new

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2