UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK OWENS, | No. 2:15-cv-0982 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| JACKIE CLARK, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has been granted leave to proceed with this action in forma pauperis pursuant to 28 U.S.C. § 1915. On October 20, 2017, plaintiff filed a motion to compel further discovery responses. On October 25, 2017, plaintiff filed a motion to compel discovery, motions to submit records, and a motion to re-litigate orally all previously-denied motions. The undersigned addresses plaintiff's motions below.

<u>Discovery Motions</u>

On July 13, 2017, the deadline for discovery was extended to September 15, 2017. Plaintiff's motions to compel discovery are untimely and are denied. (ECF No. 56, 63.)

<u>Motions to Submit Records</u>

As explained in the June 16, 2017 order,

////

1

> [p]laintiff is not obligated to submit evidence to the court at this time. Rather, if defendants file a motion for summary judgment, plaintiff is required to submit evidence in opposition to such a motion. (See October 18, 2016 Order, at 3-4, 6; <u>Rand v. Rowland</u>, 154 F.3d 952, 957 (9th Cir. 1998).) Similarly, if plaintiff chooses to file a dispositive motion, he must append evidence upon which he relies at that time.

(ECF No. 54 at 5.) Pretrial motions are not due until December 15, 2017, and no party has yet filed a dispositive motion. Thus, plaintiff's submission of evidence is again premature, and his motion to submit such evidence is denied. However, because plaintiff provided the records with his motions, such evidence remains in the court record and may be referred to by any party.

<u>Motion to Relitigate</u>

Plaintiff seeks to "relitigate all denied motions orally before and if there is a trial for this action." (ECF No. 62.) Plaintiff fails to identify each order and provide legal grounds for challenging such order. Plaintiff's motion is insufficient, both procedurally and substantively, and is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions to compel discovery (ECF Nos. 56, 63) are denied as untimely;

2. Plaintiff's motions to submit records (ECF Nos. 58, 59) are denied; and

3. Plaintiff's motion to relitigate (ECF No. 62) is denied.

Dated: November 2, 2017

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/owen0982.mtc2