UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK OWENS,<br><br>           Plaintiff,<br><br>    v.<br><br>JACKIE CLARK, et al.,<br><br>           Defendants. | No. 2:15-cv-0982 TLN KJN P<br><br><br>ORDER |

       Plaintiff is a state prisoner, proceeding pro se. On January 14, 2019, the undersigned held a settlement conference, during which the parties reached a settlement. The court read the terms of the settlement on the record to which the parties agreed. On May 21, 2019, plaintiff wrote the undersigned a letter, acknowledging that it can take up to 180 days to receive the settlement proceeds, but stating he would just like an update from the court on the settlement payment.

       As plaintiff acknowledges, he was informed during the January 14, 2019 hearing that it may take up to six months for the settlement proceeds to be applied to plaintiff's inmate trust account. Thus, plaintiff's inquiry is premature because six months have not yet passed from the January settlement proceedings. The court and defendants are not obligated to provide plaintiff with status reports concerning the payment process. Rather, if plaintiff has not received the settlement proceeds by July 15, 2019, plaintiff should first write counsel for defendants to inquire as to the delay. Then, failing resolution of such inquiry, plaintiff may seek the court's assistance.

The court has reviewed plaintiff's letter and determined that because it divulges confidential terms of the settlement, the letter will not be filed in this case.

Accordingly, IT IS HEREBY ORDERED that plaintiff's May 21, 2019 letter to the undersigned is premature and disregarded.

Dated: June 5, 2019

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/owen0982.setenf